UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

------------------------------------------------------- X
JERUSHA REYES, on behalf of herself and  :
all others similarly situated,           :
                                         :  Civil Action No.: 1:15-CV-1028
          Plaintiffs,                    :
                                         :
                                         :
v.                                       :  **NOTICE OF APPEARANCE**
                                         :
CONVERGENT OUTSOURCING, INC. and         :
JOHN DOES 1-25,                          :
                                         :
          Defendants.                    :
------------------------------------------------------- X

     **PLEASE TAKE NOTICE** that The Salvo Law Firm, P.C., by John E. Brigandi, Esq., hereby appears in this proceeding as counsel for Defendant, Convergent Outsourcing, Inc.

Please forward all notices and communications to the undersigned.


DATED:  March 19, 2015          THE SALVO LAW FIRM, PC

                                            By: s/ John E. Brigandi
                                                 JOHN E. BRIGANDI

                                          185 Fairfield Avenue
                                          Suite 3C/3D
                                          West Caldwell, New Jersey 07006
                                          (973) 226-2220
                                          *jbrigandi@salvolawfirm.com*
                                          Attorneys for Defendant,
                                          Convergent Outsourcing, Inc.